Ceaser v. Director of TDCJ-CID                                                                                           Doc. 2
Case 4:06-cv-00022   Document 2   Filed 01/09/2006   Page 1 of 2
Case 06-cv-00022-DB   Document 2   Filed 09/28/06   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH RICKEY CEASER, | § | |
| | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-06-0022 |
| | § | |
| DOUGLAS DRETKE, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254, challenging a conviction in the 336th Judicial District Court of Fannin County, Texas. Petitioner is currently confined at the Darrington Unit, which is located within the Galveston Division of the United States District Court for the Southern District of Texas.

Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ORDERED to transfer this application for writ of habeas corpus

O:\RAO\VDG\2006\06-0022.A01

to the Clerk of the Eastern District of Texas, Tyler Division.

SIGNED at Houston, Texas, on \_\_\_\_\_January 9\_\_\_\_\_, 2006.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE